JS-6

PAUL L. GALE (SBN 65873)
Email: pgale@rdblaw.com
MOHAMMED K. GHODS (SBN 144616)
Email: mghods@rdblaw.com
THOMAS H. PROUTY (SBN 238950)
Email: tprouty@rdblaw.com
ROSS, DIXON & BELL, LLP
5 Park Plaza, Suite 1200
Irvine, California 92614-8529
Telephone: (949) 622-2700
Fax: (949) 622-2739

*Attorneys for Plaintiff*
*Carroll R. Runyon, M.A.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CARROLL R. RUNYON, M.A., <br><br> Plaintiff, <br><br> v. <br><br> PHILLIP COOPER, <br><br> Defendant. | Case No. SACV08-00057 JVS (RNBx) <br><br> Hon. James V. Selna <br><br> **JUDGMENT** |

Upon presentation of evidence, and good cause appearing,

IT IS ORDERED, ADJUDGED AND DECREED that a money judgment in favor of Plaintiff CARROLL R. RUNYON, M.A. and against Defendant PHILLIP COOPER, be and is hereby entered in the amount of $178,180.52

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that PHILLIP COOPER is permanently enjoined from publishing or marketing "Basic Magick"

862927 v 1

[PROPOSED] JUDGMENT

and "Esoteric Magic and the Cabala."

    IT IS SO ORDERED.

DATED: October 03, 2008

                              */s/ James V. Selna*
                              HON. JAMES V. SELNA
                              U.S. DISTRICT COURT JUDGE